IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**LELAND TAYLOR**
a New Mexico resident

CASE NO: 20 cv 267 JHR

*Plaintiff*

v.

**MICHELLE LUJAN GRISHAM**
**Individually,**
**And any persons acting in concert of**
**enforcement of the Order, et. al.**

*Defendants*

## MOTION FOR EMERGENCY INJUNCTIVE RELIEF

Comes now, Leland T. Taylor, *pro-se* plaintiff, a New Mexico citizen and others who are being permanently and irreparably damaged by the loss of constitutional rights from the actions of the Defendants. . It is requested of this court to issue an immediate emergency injunction of the force of the attached Order which removes the protections of the First, Fourth, and Fourteenth Amendments of the US Constitution and causes permanent and irreparable harm to the citizens of New Mexico. It is requested of the court to reinstate the protections of the US Constitution by ordering the Order be null and void.

Affiant further sayeth naught.

Respectfully Submitted,

Leland T. Taylor
Pro-Se plaintiff
505-463-8422
e-mail: linvent@aol.com