IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LELAND T. TAYLOR,

    Plaintiff,

v.                                                                     CV 20-0267 JB/JHR

MICHELLE LUJAN GRISHAM, et al.,

    Defendants.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court *sua sponte*. The docket reflects that there has been no substantive activity in this case since March 17, 2021.

The Court has the inherent power to impose a variety of sanctions on litigants in order to, among other things, regulate its docket and promote judicial efficiency. *Martinez v. Internal Revenue Service,* 744 F.2d 71, 73 (10th Cir. 1984). One such sanction within the discretion of the Court is to dismiss an action for want of prosecution. *See, e.g., Nat'l Hockey League v. Metro. Hockey Club, Inc.,* 427 U.S. 639, 642-43(1976); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962). Based upon Plaintiff's lack of activity in this case, it will be required to show cause why this case should not be dismissed.

**IT IS HEREBY ORDERED THAT** no later than Monday, November 22, 2021, Plaintiff shall file with this Court a response to this order showing cause why this case should not be dismissed. Plaintiff is also hereby notified that failure to respond to this Order may result in dismissal without further notice.

_____
JERRY H. RITTER
UNITED STATES MAGISTRATE JUDGE